**Dawn M. (Meyr) CARAFENO, Respondent,**

v.

**Gerald L. MEYR, Appellant.**

**No. WD 71259.**

Missouri Court of Appeals,
Western District.

Aug. 31, 2010.

Mark E. Rector, Esq., Lebanon, MO, for appellant.

Paul T. Graham, Esq., Jefferson City, MO, for respondent.

Before Division Two: MARK D. PFEIFFER, P.J., and VICTOR C. HOWARD and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Gerald L. Meyr appeals the trial court's judgment modifying a decree of dissolution. Meyr contends the trial court erred by reapportioning the parties' percentage shares of the minor children's non-covered medical, educational, and extraordinary expenses based on his ex-wife's motion requesting that the court redetermine his child support obligation. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).